UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>DONNIVAN LEE WHITCHER,<br><br>             Defendant. | No. 2:14-CR-101-TOR<br><br>ORDER GRANTING UNOPPOSED MOTION TO MODIFY |

    Before the Court is Defendant's Motion to Modify Conditions of Pretrial Release. ECF No. 44. The Defendant seeks removal of the electronic home monitoring condition. Neither the United States nor the U.S. Probation Office object to this request. Accordingly,

    **IT IS ORDERED** Defendant's unopposed Motion to Modify, **ECF No. 44,** is **GRANTED.** Defendant's release shall not be subject to the condition of electronic home monitoring, pending further order of the court.

    Defendant shall continue to abide by all other conditions of release previously set.

    DATED September 4, 2014.



_____

JOHN T. RODGERS

UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION TO MODIFY - 1