UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DONNIVAN LEE WHITCHER,<br><br>Defendant. | No. 2:14-CR-101-TOR<br><br>ORDER GRANTING MOTION TO MODIFY |

Before the Court is Defendant's Motion to Modify Conditions of Pretrial Release, in which Defendant seeks to change his residence.. ECF No. 49.  Neither the United States, nor the U.S. Probation Office oppose Defendant's request. Accordingly,

**IT IS ORDERED** Defendant's Motion to Modify, **ECF No. 49**, is **GRANTED.**  Defendant is permitted to change his address and move in with his parents.  He is directed furnish contact information to the United States Probation Office.  All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

DATED October 17, 2014.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1